**No. 56531.**—Frederick Miller *v.* United States, protests 147631–K and 177860–K (New York).

Opinion by Ford, J. It was stipulated that certain items of the involved merchandise consist of woven fabrics in the piece, with fibers wholly of silk, valued at more than $5.50 per pound, similar in all material respects to the merchandise involved in *Walter Strassburger & Co., Inc., et al.* v. *United States* (26 Cust. Ct. 210, C. D. 1326). The claim of the plaintiff was therefore sustained.